STATE OF CONNECTICUT *v.* KENYATTA WOODS

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16401.

*Eugene P. Falco*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, filed a response to the petition.

Decided October 12, 2000

BEVERLEE BARROWS ET AL. *v.* J.C. PENNEY COMPANY, INC., ET AL.

*John R. Williams*, in support of the petition.

*Barry P. Beletsky*, in opposition.

Decided October 12, 2000